IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID RAMIREZ-FERRER,** | : | Civil No. 1:18-cv-0672 |
| Petitioner, | : | |
| v. | : | |
| **WARDEN CRAIG A. LOWE,** | : | |
| Respondents. | : | Judge Sylvia H. Rambo |

# **O R D E R**

Before the court is a report and recommendation of the magistrate judge recommending that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) be dismissed as moot because Petitioner was removed from the United States on September 24, 2018. Accordingly, **IT IS HERBY ORDERED** that the petition (Doc. 1) is **DISMISSED** as moot. The Clerk of Court shall close this file.

                                                            s/Sylvia H. Rambo
                                                            SYLVIA H. RAMBO
                                                            United States District Judge

Dated: January 2, 2019